UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                                  Case No. 11-cr-63-PB

David E. Barker

**O R D E R**

    The defendant has moved to continue the July 6, 2011 trial in the above case.  Defendant cites the need for additional time complete discovery and engage in plea negotiations. The government does not object to a continuance of the trial date.

    Accordingly, in order to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 6, 2011 to September 7, 2011. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The June 23, 2011 final pretrial conference is continued until August 29, 2011 at 2:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

June 21, 2011

cc: Robert Daniels, Esq.
    Helen Fitzgibbon, Esq.
    United States Marshal
    United States Probation