```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                          Criminal No.  11-cr-63-01-B

**David Barker**


### O R D E R

The defendant has moved to continue the September 7, 2011 trial in the above case.  Defendant cites the need for additional time to review discovery and prepare for trial or plea.  The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to review discovery and properly prepare for trial, the court will continue the trial from September 7, 2011 to November 1, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(B)(iv)` that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 29, 2011 final pretrial conference is continued until October 25, 2011 at 3:30 pm.

SO ORDERED.

/s/ Paul Barbadoro
Paul Barbadoro
Chief Judge

August 26, 2011

cc: Helen Fitzgibbon, Esq.
    Robert Daniels, Esq.
    United States Probation
    United States Marshal