UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                                         Case No. 11-cr-63-PB

David Barker

**O R D E R**

    The defendant has moved through counsel to continue the April 2, 2012 trial in the above case, citing newly appointed counsel and the need for additional time to review discovery and prepare for trial or engage in plea negotiations. The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from April 2, 2012 to June 5, 2012. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on May 23, 2012 at 2:30 p.m.

SO ORDERED.

                                        /s/Paul Barbadoro  
                                        Paul Barbadoro  
                                        United States District Judge

April 2, 2012

cc:   Jaye L. Rancourt, Esq.  
      Helen Fitzgibbon, AUSA  
      United States Marshal  
      United States Probation